PATRICK CAREY, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Carey* v. *N. Y. C. & H. R. R. R. Co.*, 90 App. Div. 611, affirmed.
(Argued March 16, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 23, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*J. W. Shea* for appellant.

*Thomas D. Watkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.